■ MARIA A. LEGGO, Respondent, v MARTIN J. LEGGO, Appellant. [23 NYS3d 922]—Appeal from a judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered June 11, 2014 in a divorce action. The judgment, among other things, directed defendant to pay maintenance to plaintiff.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.